IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DENNIS LATNEY, #157253

VS.                                                CIVIL ACTION NO. 2:14cv181-KS-MTP

WARDEN HOGAN


ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation
of the United States Magistrate Judge entered herein on July 13, 2015, after referral of
hearing by this Court, no objections having been filed as to the Report and
Recommendation, and the Court, having fully reviewed the same as well as the record
in this matter, and being duly advised in the premises, finds that said Report and
Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and
the same hereby is, adopted as the finding of this Court, and the Complaint is hereby
dismissed with prejudice. A separate judgment will be entered herein in accordance with
this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 11th day of August, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE